■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS SIBERT, Appellant. [5 NYS3d 886]—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Nassau County (Robbins, J.), imposed April 18, 2013, upon his conviction of criminal contempt in the first degree (four counts) and stalking in the second degree, upon a jury verdict, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Under the circumstances, the sentencing

court did not improvidently exercise its discretion by imposing consecutive sentences (*see generally People v Brown*, 80 NY2d 361 [1992]). Dillon, J.P., Dickerson, Cohen and Duffy, JJ., concur.